IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARYL SMITH

    Plaintiff,

v. : CIVIL ACTION NO. WMN-02-1716

MARYLAND DEPARTMENT OF
STATE POLICE, *et al.*,

    Defendants.

## ORDER

On August 20, 2002 the Court entered an Order which notified Plaintiff that service of process had not been obtained on Defendant Krickler. (Paper No. 25). Plaintiff was provided with a 285 U.S. Marshal service of process form and directed to return the properly completed form to the court within twenty days. Plaintiff was cautioned that his failure to timely return the completed USM Form 285 for Defendant Krickler might result in dismissal of his claims against this Defendant. Plaintiff has failed to submit to the Clerk of the Court the completed form for processing within the time allowed. Consequently, the undersigned concludes that Defendant Krickler shall be dismissed as a party to this complaint for plaintiff's failure to comply with the Court's August 20, 2002 Order.

Accordingly, IT IS this _8th_ day of _October_, 2002 ORDERED that:

1. Plaintiffs' complaint against Officer Krickler **IS DISMISSED** without prejudice for his failure to comply with the court's August 20, 2002 Order;

2. Defendant Krickler **IS DISMISSED** as a party to this complaint; and

3. The Clerk of the Court **MAIL** a copy of this Order to Plaintiff and counsel of record.

                                                                WILLIAM M. NICKERSON
                                                                SENIOR UNITED STATES DISTRICT JUDGE