IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARYL SMITH                          :

    Plaintiff,                       :

v.                                   : CIVIL ACTION NO. WMN-02-1716

MARYLAND DEPARTMENT OF               :
STATE POLICE, *et al.*,

                                     :

    Defendants.

### ORDER

In accordance with the foregoing Memorandum, IT IS this ____8th____ day of ____October____, 2002 by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendants Maryland Department of State Police and Col. David Mitchell's Motion to Dismiss (Paper No. 13), **IS GRANTED**

2. Defendants Maryland Department of State Police and Col. David Mitchell **ARE DISMISSED** as parties to the complaint;

3. Defendant Vento's Motion to Dismiss (Paper No. 19), **IS DENIED**;

4. Defendant Vento shall file a Motion for Summary Judgment on or before November 6, 2002;

5. Plaintiff's opposition is due on or before November 27, 2002; and

6. The Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to Plaintiff and to counsel of record.

WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE