FILED _____ ENTERED
_____ _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND      DEC 1 9 2002

_____ COURT
DISTRICT OF MARYLAND DEPUTY
BY

---

DARRYL SMITH                          :

    Plaintiff,                        :

    v.                                :    CIVIL ACTION NO. WMN-02-1716

TROOPER HECTOR VENTO                  :

    Defendant.                        :

---

## O R D E R

In accordance with the foregoing Memorandum, IT IS this _____ 10th _____ day of
_____ December _____, 2002 by the United States District Court for the District of Maryland
hereby ORDERED that:

1.   Plaintiff's Motion for Judgment (Paper No. 32), **IS DENIED**;

2.   Plaintiff's Motion to Continue (Paper No. 35), **IS CONSTRUED** as an opposition to
Defendant's dispositive motion;

3.   Defendant's Motion for Summary Judgment (Paper No. 33), **IS GRANTED**;

4.   Judgment **IS ENTERED** in favor of Defendant and against Plaintiff;

5.   The Clerk of Court **CLOSE** this case; and

6.   The Clerk of Court **MAIL** a copy of this Order, together with the foregoing
Memorandum, to Plaintiff and to counsel of record.


WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE